IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MONICA HARRIS, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 5:13-CV-84 (MTT) |
| | : | |
| CAROLYN W. COLVIN, Commissioner of Social Security, | : | Social Security Appeal |
| | : | |
| Defendant. | : | |
| | : | |

## RECOMMENDATION

Before the Court is Defendant's unopposed Motion to Remand under Sentence Four of 42 U.S.C. § 405(g) in which Defendant requests that the Court enter a judgment reversing and remanding this case to the Commissioner for further action. Doc. 15. Under sentence four of 42 U.S.C. § 405(g), the Court has the power "to enter, upon the pleadings and transcripts of the record, a judgment affirming, modifying or reversing the decision of the Commissioner, with or without remanding the cause for a rehearing." See Shalala v. Schaefer, 509 U.S. 292, 296 (1993).

After careful consideration, it is hereby **RECOMMENDED** that Defendant's Motion to Remand be **GRANTED** and that this case be **REMANDED** for further action. Specifically, on remand, the Appeals Council shall evaluate whether there was good cause for the late filing of Plaintiff's request for review. In accordance with the above-stated recommendation, it is **FURTHER RECOMMENDED** that the Clerk of Court be directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to this Recommendation with the district judge to whom this case is assigned **WITHIN FOURTEEN (14) DAYS** after being served with a copy thereof.

**SO RECOMMENDED**, this the 1st day of July, 2013.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge