IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| MONICA HARRIS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:13-CV-84 (MTT) |
| CAROLYN W. COLVIN, Commissioner of Social Security, | ) ) ) ) |
| Defendant. | ) ) ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 16). The Magistrate Judge recommends granting the Defendant's motion to remand. (Doc. 15) The Plaintiff did not oppose the Defendant's motion, and, as expected, she did not file an objection to the Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is **ADOPTED** and made the **ORDER** of this Court. This action shall be remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Specifically, on remand, the Appeals Council shall evaluate whether there was good cause for the late filing of the Plaintiff's request for review. Additionally, the Clerk of Court is directed to enter a separate judgment pursuant to Fed. R. Civ. P. 58.

**SO ORDERED,** this 19th day of July, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT